UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TELEBRANDS CORP.,** | Civil Action No. 12-6671 (FSH) |
| Plaintiff, | |
| v. | |
| **NATIONAL EXPRESS, INC., et al.,** | |
| Defendants. | |
| **BLUE GENTIAN, LLC,** | Civil Action No. 13-481 (FSH) |
| Plaintiff, | |
| v. | |
| **TELEBRANDS CORP.** | |
| Defendant. | |
| **BLUE GENTIAN, LLC, et al.,** | Civil Action No. 13-1758 (FSH) |
| Plaintiffs, | |
| v. | |
| **TRISTAR PRODUCTS, INC., et al.,** | |
| Defendants. | |
| **BLUE GENTIAN, LLC, et al.,** | Civil Action No. 13-4627 (FSH) |
| Plaintiffs, | |
| v. | |
| **TELEBRANDS CORP., et al.,** | |

|  |  |
|---|---|
| **Defendants.** | |
| **BLUE GENTIAN, LLC, et al.,** | Civil Action No. 13-7099 (FSH) |
| **Plaintiffs,** | |
| v. | |
| **TRISTAR PRODUCTS, INC., et al.** | **ORDER** |
| **Defendants.** | |

For the reasons set forth in the Court's Memorandum Opinion dated October 2, 2014,

**IT IS** on this **2nd** day of **October, 2014,**

**ORDERED** that Defendant Telebrands is severed from Civil Action No. 13-4627; and it is further

**ORDERED** that Blue Gentian and NEI are granted leave to amend to add claims and proceed with all claims under all patents against Telebrands in Civil Action No. 12-6671. Telebrands is also granted leave to amend its pleadings; and it is further

**ORDERED** that Defendant Tristar is severed from Civil Action No. 13-7099; and it is further

**ORDERED** that Blue Gentian and NEI are granted leave to amend to add claims and proceed with all claims under all patents against Tristar in Civil Action No. 13-1758. Tristar is also granted leave to amend its pleadings; and it is further

**ORDERED** that Civil Action No. 13-481 is consolidated for all purposes with Civil Action 12-6671. The Clerk's Office is to close Civil Action No. 13-481; and it is further

**ORDERED** that all parties may amend the pleadings in 13-4627 and 13-7099 so that each case consists of the patent holders Blue Gentian and NEI and the identified Retail Defendants. Blue Gentian and NEI are granted leave to amend to add new retailer-defendants Family Dollar and HSN; and it is further

**ORDERED** that, following the amendment of the pleadings, Civil Action Nos. 13-4627 and 13-7099 are to be stayed pending the outcome of the manufacturer suits, 12-6671 and 13-1758; and it is further

**ORDERED** that as all pending motions are addressed in the Court's Memorandum Opinion and accompanying Order, the Clerk's Office is to terminate the following motions in the following Civil Actions:

1. Civil Action No. 13-1758, Docket Entry Nos. 86 and 98
2. Civil Action No. 13-4627, Docket Entry No. 58; and
3. Civil Action No. 13-7099, Docket Entry Nos. 21, 38, and 52; and it is further

**ORDERED** that Telebrands, Tristar, Blue Gentian, and NEI shall meet and confer within 30 days of this Order and submit a proposed new scheduling order. The Court will thereafter either enter the order or conduct a telephone status conference at a date and time to be set.

                                                  s/ James B. Clark, III
                                                  **JAMES B. CLARK, III**
                                                  **United States Magistrate Judge**